**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

)
JAMES LESTER ROUDABUSH, JR.,    )
)
          Plaintiff,    )
)
      v.    )    Civil Action No.  12-0122  (RLW)
)
GREYHOUND BUS LINES, INC., *et al.*,    )
)
          Defendants.    )
_____ )

## MEMORANDUM OPINION

On March 28, 2012, the defendants filed a motion to dismiss the complaint.  Because a ruling on the motion to dismiss potentially could dispose of this case, in its April 11, 2012 Order, the Court advised the plaintiff, among other things, of his obligation to file an opposition or other response to the motion.  Further, that Order expressly warned the plaintiff that, if he failed to file his opposition by April 30, 2012, the Court would treat the motion as conceded.  The Court subsequently extended the plaintiff's filing deadline to June 8, 2012.  To date, the plaintiff neither has filed an opposition nor requested additional time to do so.  The Court will treat the defendants' motion as conceded and dismiss the case.

An Order accompanies this Memorandum Opinion.

SO ORDERED.


DATE: June 18, 2012                    ROBERT L. WILKINS
                                 United States District Judge